## STANDARD COMPUTING SCALE CO. v. COMPUTING SCALE CO.

(Circuit Court of Appeals, Sixth Circuit.   May 12, 1906.)

No. 1,485.

APPEAL—REVERSAL—INSUFFICIENCY OF RECORD.
   Where the record fails to show facts essential to a proper decision of the case by the appellate court, it will reverse the decree on its own motion, and remand the case for a rehearing with directions to permit the taking of further evidence.

Appeal from the Circuit Court of the United States for the Eastern District of Michigan.

Charles H. Fisk, for appellant.

Paul A. Staley and Border Bowman, for appellee.

PER CURIAM.   The court finds itself unable, upon the transcript from the court below, to determine with any degree of certainty the rights of the parties to this litigation.

It is therefore ordered, upon our motion, upon authority of Barber v. Coit, 118 Fed. 272, 55 C. C. A. 145, and the cases there cited, that the decree of the court below be set aside, and the case remanded to the court below, with direction to remand to the rules, with leave to both parties to take such additional evidence as they may be advised.   The appellant will pay all of the costs of this appeal.   The costs below will abide final decree there.